STEPHEN P. WILEY, City Attorney
Tom R. Shapiro, Assistant City Attorney
State Bar Nos. 84517, 127383
Post Office Box 1990
Santa Barbara, California 93102-1990
(t)    (805) 564-5326 (f) (805) 897-2532
(e)    tshapiro@santabarbaraca.gov

Attorneys for Defendants City of Santa Barbara

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RYDEN, RODNIE EWING, MICHAEL WHITE, JAMES TOOHEY, individually, and on behalf of all those similarly situated,<br><br>Petitioners,<br><br>vs.<br><br>CITY OF SANTA BARBARA, SANTA BARBARA POLICE DEPARTMENT,<br><br>Respondents. | CASE NO. CV 09-1578 SVW (SSx)<br><br>**STIPULATION DISMISSING ACTION** |

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiffs James Ryden, Rodnie Ewing, Michael White, James Toohey, and Defendants, City of Santa Barbara and Santa Barbara Police Department, by and through their undersigned counsel, have agreed to settle this matter and dismiss the above-captioned lawsuit. Plaintiffs and Defendants hereby stipulate and agree to dismiss this lawsuit without prejudice and also stipulate and agree that each side shall bear its own costs and attorney fees.

DATED: September 4, 2009  STEPHEN P. WILEY, City Attorney

By _____
Tom R. Shapiro
Assistant City Attorney
Attorneys for City of Santa Barbara
And Santa Barbara Police Department

DATED: September 10, 2009  ACLU of Southern California

By _____
Mark Rosenbaum
Attorneys for Plaintiffs