STEPHEN P. WILEY, City Attorney
Tom R. Shapiro, Assistant City Attorney
State Bar Nos. 84517, 127383
Post Office Box 1990
Santa Barbara, California 93102-1990
(t)      (805) 564-5326 (f) (805) 897-2532
(e)      tshapiro@santabarbaraca.gov

Attorneys for Defendants City of Santa Barbara

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RYDEN, RODNIE EWING, MICHAEL WHITE, JAMES TOOHEY, individually, and on behalf of all those similarly situated, <br><br> Petitioners, <br><br> vs. <br><br> CITY OF SANTA BARBARA, SANTA BARBARA POLICE DEPARTMENT, <br><br> Respondents. | CASE NO. CV 09-1578 SVW (SSx) <br><br> **ORDER RE: STIPULATION DISMISSING ACTION** <br><br> J S - 6 |

GOOD CAUSE APPEARING THEREFORE, this lawsuit is dismissed without prejudice and each side shall bear its own costs and attorney fees.  The Status Conference scheduled in connection with this matter for September 21, 2009 is hereby vacated.

IT IS SO ORDERED.

DATED: September 17. 2009

Honorable Stephen V. Wilson

2